[No. 631-2.    Division Two.    September 27, 1972.]

COAST SASH AND DOOR, INC., *Respondent,* v. NORTHWEST INTERIORS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 199220, Horace G. Geer, J., entered October 4, 1971. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Armstrong, JJ.

[No. 565-2.    Division Two.    September 28, 1972.]

REX CHURCHILL, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent,* AMERICAN SMELTING AND REFINING COMPANY, TACOMA SMELTER, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 43464, Frank E. Baker, J., entered April 26, 1971. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 912-1.    Division One—Panel 1.    September 25, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY LISTER *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 49451, Edward E. Henry, J., entered December 22, 1970. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz, C.J., and Swanson, J.

[No. 1222-1.    Division One—Panel 2.    October 2, 1972.]

GERALD EATON *et al., Appellants,* v. ROBERT R. RUDOLPH *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 735201, Henry Clay Agnew, J., entered April 22, 1971. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by James and Swanson, JJ.